(February 26, 2015)

■ Joseph A. Tuana & Associates, Inc., Appellant, v Robert Burns, Respondent. [1 NYS3d 819]—Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered June 5, 2014, which granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

The motion court correctly determined that plaintiff was an unlicensed home improvement contractor and therefore precluded, pursuant to Administrative Code of City of NY § 20-387 (a), from either enforcing the terms of its home improvement contract or seeking recovery under equitable principles, such as quantum meruit or an account stated (*JMT Bros. Realty, LLC v First Realty Bldrs., Inc.*, 51 AD3d 453, 454 [1st Dept 2008]; *O'Mara Org. v Plehn*, 179 AD2d 548 [1st Dept 1992]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Acosta, Saxe, Manzanet-Daniels and Clark, JJ. **[Prior Case History: 2014 NY Slip Op 31470(U).]**

■ The People of the State of New York, Respondent, v Kirk Miller, Appellant. [1 NYS3d 820]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered September 2, 2010, convicting defendant, upon his plea of guilty, of aggravated criminal contempt, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion to withdraw his guilty plea (*see People v Frederick*, 45 NY2d 520 [1978]). The plea was knowingly, intelligently and voluntarily made, and defendant's factual allocution did not cast any significant doubt on his guilt. At sentencing, defendant was permitted to explain why he wanted to withdraw his plea, and the court properly rejected his claim of innocence. Concur—Gonzalez, P.J., Mazzarelli, Acosta, Moskowitz and DeGrasse, JJ.